# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162461(54)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

                                    MSC: 162461

v                                    COA: 349447

                                    Genesee CC: 13-033536-FC

DEON JEFFERSON JOHNSON,
     Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of defendant-appellant to supplement the application for leave to appeal is GRANTED. The pro per supplements are accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021                 

                                           Clerk